UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

DIVISION ROOM 120

**In re:**

BIO Gymnastics and Athletics Unlimited LLC

Debtor.

Chapter 11

Case No. 25-20676

_____/

**APPLICATION FOR EMPLOYMENT OF ATTORNEY UNDER 11 U.S.C. § 327 AND BANKRUPTCY RULE 2014**

COMES NOW the Debtor-in-Possession, BIO Gymnastics and Athletics Unlimited LLC

, by and through the undersigned, and respectfully represents:

1. **Petitioner** is the Debtor-in-Possession in this Chapter 11 case filed on 05/14/2025.

2. The Debtor requires the assistance of legal counsel to represent it in this Chapter 11 Subchapter V case. The services of an attorney are necessary to comply with the Bankruptcy Code, represent the Debtor at hearings, respond to motions, prepare pleadings and filings, negotiate with creditors, and assist with plan confirmation.

3. Pursuant to 11 U.S.C. § 327(a) and Bankruptcy Rule 2014(a), Debtor desires to employ the law firm of **ACM LAW GROUP**, with offices located at **1050 Crown Pointe Parkway Suite 500 Atlanta, GA 30338** to represent it in this case.

4. The professional services to be rendered include but are not limited to:

    - Advising the Debtor regarding its rights and obligations under the Bankruptcy Code;
    - Preparing and filing necessary pleadings and motions;
    - Representing the Debtor in hearings and proceedings before this Court;
    - Assisting with the formulation and confirmation of a plan of reorganization; and

       o   Performing other legal services as may be necessary in this case.

5. To the best of the Debtor's knowledge, **ACM LAW GROUP** has no connection with the creditors, any other party in interest, or their respective attorneys and accountants, other than as disclosed in the Verified Statement attached hereto as **Exhibit A**.

6. The professional is a "disinterested person" as that term is defined under 11 U.S.C. § 101(14), and does not hold or represent any interest adverse to the estate.

7. The Debtor has selected **Antoinette C. Martin** for this engagement based on the firm's ability to provide a payment plan, and believes their employment is in the best interest of the estate.

8. Counsel will be compensated at her standard flat rate of $250 per month until the total amount of $1,250 is paid, subject to approval of this Court under 11 U.S.C. §§ 330 and 331.

WHEREFORE, the Debtor respectfully requests that the Court enter the proposed order attached hereto as exhibit B, authorizing the employment of **ACM LAW GROUP** as its counsel in this Chapter 11 proceeding effective as of May 28, 2025.

Respectfully submitted this 28th day of May, 2025.

Respectfully submitted,

BIO Gymnastics and Athletics Unlimited LLC

By:/s/ */Julie Price/*

Dated: May 28, 2025

**EXHIBIT A: VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2014(a)**

I, **Antoinette C. Martin**, declare under penalty of perjury:

1. I am a partner/member/associate of **ACM LAW GROUP**.

2. Neither I nor my firm represent any interest adverse to the Debtor or to the estate, and I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

3. I have no connections with the Debtor, creditors, or other parties in interest, except as set forth below:

    None

4. I will supplement this statement if any relevant facts come to my attention.

Executed on May 28, 2025.

---

**/s/ Antoinette C. Martin, ESQ.**

**Exhibit B: Proposed Order**

[4 inches for ECF Order]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In Re BIO Gymnastics and Athletics Unlimited LLC, | Chapter 11 |
| Debtor. | Case No. 25-20676 |
| | Judge James R. Sacca |

**ORDER APPROVING APPLICATION
OF PROFESSIONAL, SUBJECT TO OBJECTION**

Debtor filed on May, 28, 2025, Docket No. 25-20676 an application to employ ACM Law Group(the "Applicant") as Attorney for Debtor in this case (the "Application"). No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a certificate of service filed with or attached to the Application, the Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014. No further service of the Application is necessary.

The Application and accompanying affidavit of Antoinette C. Martin demonstrate preliminarily that the Applicant is an attorney qualified to practice in this Court, for attorneys and is disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is **GRANTED,** and Debtor is authorized to employ the Applicant as its attorney during the Debtor's Chapter 11 case, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for the Debtor will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that Applicant shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

END OF ORDER

Prepared and presented by: /s/

Antoinette C. Martin

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the Application to Employ Counsel for Debtor-in-Possession Pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, including all exhibits and the proposed order, by electronic notice through the Court's CM/ECF system to the following:

Office of the United States Trustee
Attn: David S. Weidenbaum
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Email: david.s.weidenbaum@usdoj.gov

Gary M. Murphey
Subchapter V Trustee
Resurgence Financial Services, LLC
3330 Cumberland Blvd., Suite 500
Atlanta, GA 30339

All other parties registered to receive notices via CM/ECF in this case will be served electronically by the Court's filing system.

This 28th day of May, 2025.

Respectfully submitted,
/s/ Antoinette C. Martin
Antoinette C. Martin
ACM Law Group, P.C.
1050 Crown Pointe Parkway
Atlanta, GA 30338
Phone: (470) 298-6369
Email: antoinette@acmlawgroup.com
Counsel for Debtor-in-Possession